

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00300-CV

NEONATOLOGY CONSULTANTS OF CORPUS CHRISTI, PLLC; ALFONSO M.
PRADO, M.D.; MIGUEL A. DELEON, M.D.; EUMING CHONG, M.D.;
JIE GUO, M.D.; VALLIER C. OJADI, M.D.

v.

FELIX MOYA AND SERENA LEE BARRAGAN, INDIVIDUALLY
AND AS NEXT OF FRIENDS OF XXXXXXXXXXX XXXX, A MINOR

On Appeal from the
105th District Court of Nueces County, Texas
Trial Court Cause No. 2019DCV-0330-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 12, 2024